No. 417.   HARRY DONOVAN ET AL., PETITIONERS, *v.* PENNSYLVANIA COMPANY.   October 19, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted.   *Mr. James R. Ward* for petitioners.   *Mr. Edgar A. Bancroft, Mr. F. J. Loesch* and *Mr. C. F. Loesch* for respondent.

No. 426.   P. L. FLANIGAN, PETITIONER, *v.* COUNTY OF SIERRA; and No. 427.   D. E. WHEELER ET AL., PETITIONERS, *v.* COUNTY OF PLUMAS.   October 19, 1903.   Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. J. C. Campbell* and *Mr. W. H. Metson* for petitioners.   No appearance for respondent in No. 426.   *Mr. U. S. Webb* and *Mr. C. N. Post* for respondent in No. 427.

No. 398.   E. W. H. LAKE, PETITIONER, *v.* S. H. RUSH, TRUSTEE, ETC.   October 26, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. George Turner* and *Mr. W. T. Stoll* for petitioner.   *Mr. Adolph G. Wolf* for respondent.

No. 413.   PATRICK CLARK ET AL., PETITIONERS, *v.* BUFFALO HUMP MINING COMPANY ET AL.   October 26, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. W. T. Stoll* for petitioners.   *Mr. W. B. Heyburn* for respondents.